UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

2008 MAR 24   AM 10: 54

| | |
|---|---|
| TYRONE NUNN, SR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV408-036 |
| SHERIFF TERRY LANGELY and LT. MARK SIMS, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _24_ day of _March_, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA